US. DISTRICT COURT TERRE HAUTE, IN
SOUTHERN DISTRICT CIVIL DIVISION
OF INDIANA TERM 2004

U.S. DISTRICT COURT
TERRE HAUTE DIVISION
FILED
2004 MAR -5 PM 12:2?
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

MATTHEW DOMINGUEZ
PLAINTIFF

2:04-CV-049 RLY - WGH
CASE NO (____________________)

VS.

JURY TRIAL DEMAND

THOMAS E. JOHNSON (JUDGE)
SHELLY HIATT PARRIS (CLERK)
DEFENDANTS; IN THIER INDIVIDUAL & OFFICAL CAPACITY

(42 USC 1983 & 1988) CIVIL COMPLAINT

(1.)

PARTIES

(A.)

PLAINTIFF: MATTHEW DOMINGUEZ # 990376 OF WABASH VALLEY COR. FACILITY, SECURE HOUSING UNIT, PO. BOX 1111, CARLISLE, IN: 47838

(B.)

DEFENDANT: HONORABLE JUDGE THOMAS E. JOHNSON, ROOM # 301, 100 COURTHOUSE SQ., SULLIVAN, IN: 47882-1559

(C.)

DEFENDANT: HON. CLERK SHELLY HIATT PARRIS, ROOM # 306, 100 COURTHOUSE SQ., SULLIVAN, IN: 47882-1562

(2.)

STATEMENT OF JURISDICTION

(A.)

JURISDICTION OVER THIS CIVIL COMPLAINT BELONGS IN THE US. DISTRIST COURT, SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE, IN: DIVISION BECAUSE THE US. CONSTITUTIONAL VIOLAT

7

IONS TOOK PLACE IN SULLIVAN CO. SULLIVAN, IN. WHICH IS IN THE SOUTHERN DISTRIST OF INDIANA

(B.)

SAME FACTS MADE HERE HAVE NOT BEEN PRESENTED TO ANY OTHE R COURT STATE OR FEDERAL IN INDIANA

(3.)

EXHAUSTION ... ADMINISTRATIVE REMEDEY

ALL ADMINISTRATIVE JUDICAL REMEDIES HAVE BEEN EXHAUSTED NOTICE OF APPEAL AND APPELLANT CASE SUMMARY HAVE BEEN BO TH PRESENTED TO THE SULLIVAN CO. SUPERIOR COURT, SULLIVAN, IN: 47882 AND THE INDIANA SUPREME COURT, INDIANA COURT O F APPEALS AND CLERK, INDIANAPOLIS, IN: 46204 RESPECTFULLY

(3.5)

CAUSE OF ACTION

STATE EXACTLY WHICH OF YOUR FEDERAL RIGHTS, PRIVILEGES, I MMUNITIES THAT HAVE BEEN VIOLATED BY THE DEFENDANTS AND SUMMARIZE IN ONE OR TWO SENTENCES WHAT THE DEFENDANTS DID TO VIOLATE YOUR RIGHTS IN THAT REGARD.

(A.)

1ST\4TH\5TH\6TH\8TH\14TH\ AMENDMENTS TO THE US. CONSTIT UTION: DEFENDANTS HON. JUDGE TH OMAS E. JOHNSON AND CLERK SHELLY HIATT PARKS BOTH OF SULLIV AN CO. SUPERIOR COURT, SULLIVAN, IN: 47882. REFUSE TO FILE MY PLAINTIFFS MATTHEW DOMINGUEZ # 940376 NOTICE OF APPEAL IN TH E DENIAL OF A PETITION FOR JAIL TIME CREDIT EFFECTIVELY MAKING M E DEFAULT ON THE (30. DAY) TIME LIMIT THAT THE (IN. RULE (15.) APP ELLATE PROCEDURE SETS REQUIRING AN APPELLANT TO FILE THIER NO TICE OF APPEAL IN AFTER THE DENIAL OF ANY ACTION IN DISTRICT CO URT. THE DEFENDANTS ARE CURRENTLY DEPRIVING ME PLAINTIFF OF (3 96. DAYS) JAIL TIME CREDIT ENTITLED TO ME BY THE US. CONSTITUTIO N AND ARE GOING TO MAKE ME PLAINTIFF STAY INCARCERATED (396. DAYS) PAST MY MINIMUM PROJECTED RELEASE DATE WITHO UT THIS TIME ACCREDITED TO MY SENTENCE

8

(4)

STATEMENT OF FACTS

STATE HERE THE FACTS OF YOUR CASE. OUTLINE BOTH THE FAC
TS ON WHICH YOUR COMPLAINT IS BASED AND THE PARTICULA
R ROLE EACH DEFENDANT PLAYED IN THOSE CIRCUMSTANCE
S

(A)

THE DEFENDANTS HON. JUDGE THOMAS E. JOHNSON AND CLE RK SHELLY HIATT PARRIS BOTH OF SULLIVAN CO. SUPERIOR COU RT, SULLIVAN, IN: 47882. ARE BLOCKING MY PLAINTIFFS MATT HEW DOMINGUEZ# 990376 OF WABASH VALLEY COR FACILITY, SEC URE HOUSING UNIT, CARLISLE, IN: 47838. APPEAL OF (396. DAYS) JAIL TIME CREDIT OWED TO HIM BY DEFENDANTS IN THIS CASE NO (77D01. 0005. DF. 00045) EXHIBIT A) pages: (4) I PLAINTI FF FILED MY PETITION FOR JAIL TIME CREDIT ON (11. 17. 200 3) EXHIBIT A) pages: 14) IT WAS DENIED BY THE DEFENDANT HON. JUDGE THOMAS E. JOHNSON ON (11. 18. 2003) EXHIBIT A) pages: (5) AND I PLAINTIFF RECIEVED IT BACK IN THE MAIL (APR OX; 3. DAYS) LATER. FROM DEFENDANT CLERK SHELLY HIATT PARRIS. ON (11. 21. 2003) I PLAINTIFF FILED MY NOTICE OF APPEAL AND MOTION FOR COPY OF THE CLERKS RECORD W ITH BOTH OF THE DEFENDANTS PROVIDING AN ADDITIONAL COPY AND REQUESTING A FILE STAMP COPY TO BE SE

9

NT BACK TO ME PLAINTIFF MATTHEW DOMINGUEZ# 900376 SO I COULD ATTACH IT TO MY APPELLANT CASE SUMMARY PURSUANT TO IN. RULE (15.) APPELLATE PROCEDURE TO BE SENT TO THE INDIANA SUPREME COURT AND INDIANA COURT OF APPEALS AND CLERK, INDIANAPOLIS, IN: 46204. BUT I PLAINTIFF DID NOT GET A (PROOF OF SERVICE) ON IT BECAUSE I DID NOT THINK IT WOULD BE NECESSARY. WELL I PLAINTIFF RECIEVED (NO FILE STAMP COPY) BACK FROM THE DEFENDANTS HON. JUDGE THOMAS E. JOHNSON AND CLERK SHELLY HIATT PARRIS BOTH OF SULLIVAN CO. SUPERIOR COURT, SULLIVAN, IN: 47882. SO THE DAY BEFORE MY PLAINTIFFS LAST DAY FOR FILING THE NOTICE OF APPEAL I FILED ANOTHER NOTICE OF APPEAL PROVIDING AN ADDITIONAL COPY AND REQUESTING A FILE STAMP COPY BACK FOR MY RECORD TO ATTACH TO MY APPELLATE CASE SUMMARY PURSUANT TO IN. RULE (15.) APPELLATE PROCEDURE. BUT ON THIS NOTICE OF APPEAL THAT I PLAINTIFF SENT TO THE DEFENDANTS I GOT AN (AFFIDAVIT OF SERVICE) UPON IT AND HAD IT (NOTORIZED) BY MY PLAINTIFFS PRISON CASEWORK MANAGER A (MR. MAHURIN) HERE AT WABASH VALLEY COR. FACILITY, SECURE HOUSING UNIT CARLISLE, IN: 47838. I PLAINTIFF ALSO SENT A COPY OF

THIS NOTICE OF APPEAL TO THE INDIANA ATTORNEY GENERAL S OFFICE, INDIANAPOLIS, IN' 46204. (EXHIBIT A\pages' 17) ON (1.18. 2004) 30 DAYS AFTER MY PLAINTIFFS MATTHEW DOMINGUEZ # 900376 NOTICE OF APPEAL IS DUE TO BE FILED I PLAINTIFF STILL HAVE NO FILE STAMP COPY BACK FROM THE DEFENDANTS HON. JUDGE THOMAS R. JOHNSON AND CLERK SHELLY HIATT PARRIS BOTH OF SULLIVAN CO. SUPERIOR COURT, SULLIVAN, IN: 47882 I PLAINTIFF CANNOT FILE ANY MOTIONS OR ACTIONS OF;

FAILURE TO RULE ON MOTION IN. RULE (53.1) TRIAL PROCEDURE OR ORIGINAL ACTION IN. RULE (1.) ORIGINAL ACTIONS BECAUSE BOTH OF THESE MOTIONS AND ACTIONS REQUIRE FILE STAMP COPYS AND CHRONOLOGICAL CASE SUMMARIES FROM THE (DISTRICT COURT) BOTH OF WHICH I PLAINTIFF WILL NOT BE ABLE TO OBTAIN FROM THE DEFENDANTS BECAUSE I CANNOT EVEN OBTAIN A FILE STAMP COPY OF THE NOTICE OF APPEAL! SO I PLAINTIFF FILED MY APPELLANT CASE SUMMARY WITH THE (NON- FILE STAMPED COPY) OF MY NOTICE OF APPEAL WITH THE ATTACHED (NOTORIZED AFFIDAVIT OF SERVICE) BY MY PRISON CASEWORK MANAGER (MR. MAHURIN) THAT IT WAS

SENT TO THE DEFENDANTS HON. JUDGE THOMAS E. JOHNSON
AND CLERK SHELLY HIATT PARRIS BOTH OF SULLIVAN CO. SU
PERIOR COURT, SULLIVAN, IN: 47882. BY WABASH VALLEY CO
R. FACILITY, CARLISLE, IN: 47838 WITH THE INDIANA SUPREM
E COURT AND INDIANA COURT OF APPEALS AND CLERK, INDI
ANAPOLIS, IN: 46204. ALSO ATTACHED TO THIS APPELLANT CASE
SUMMARY WAS A NOTICE OF OBSTRUCTION OF JUSTICE EXPLA
INING WHY I PLAINTIFF MATTHEW DOMINGUEZ #900376 COU
LD NOT OBTAIN THE (FILE STAMP COPY) OF THE NOTICE OF APP
EAL FROM THE DEFENDANTS. THIS WAS ON (1.21.2004) EXH
IBIT A) pages 12) WELL ON (1.28.2004) I PLAINTIFF RECIEVE
THE APPELLANT CASE SUMMARY, NOTICE OF APPEAL, NOTICE OF O
BSTRUCTION OF JUSTICE BACK FROM THE SUPREME COURT, COURT
OF APPEALS AND CLERK (UN-FILED) WITH ATTACHED LETTER
FROM CLERK ADVISING ME PLAINTIFF THAT I NEED A FILE ST
AMP COPY OF THE NOTICE OF APPEAL FROM THE DEFENDANTS
IN DISTRICT COURT TO ATTACH TO THE APPELLANT CASE SUMM
ARY OR THEY THE SUPREME COURT, COURT OF APPEALS AND CLER
K CANNOT FILE IT (EXHIBIT A) pages O) I DONT KNOW
WHAT HAPPENED I GUESS THE SUPREME COURT, COU

RT OF APPEALS AND CLERK DID NOT READ MY NOTICE OF OBST RUCTION OF JUSTICE! ON (2·10·2004) I PLAINTIFF MATTHEW DOMINGUEZ# 900376 FILED A (REFERENDUM OF CLARIFICATION) REFERING THE INDIANA SUPREME COURT, INDIANA COURT OF APP EALS AND CLERK, INDIANAPOLIS, IN: 46204. BACK TO MY NOTI CE OF OBSTRUCTION OF JUSTICE AND WHY I PLAINTIFF COULD NO T OBTAIN THE FILE STAMPED COPY OF THE NOTICE OF APPEAL TO A TTACH TO MY APPELLANT CASE SUMMARY FROM THE DEFENDAN TS HON. JUDGE THOMAS E. JOHNSON AND CLERK SHELLY HIATT PAR RIS BOTH OF SULLIVAN CO. SUPERIOR COURT, SULLIVAN, IN: 4788 2. AND WHY I PLAINTIFF (KNOW) THE DEFENDANTS ARE BLOCK ING MY (PETITION FOR 396· DAYS JAIL TIME CREDIT APPEAL) EX HIBIT·A) pages·-4)

(1.)

I SENT THE SUPREME COURT, COURT OF APPEALS AND CLERK MY PLAINTIFFS APPELLANT CASE SUMMARY ON (1·21·2004) WITH NOTORIZED (AFFIDAVIT OF SERVICE) ATTACHED BY MY PRISON CA SEWORK MANAGER (MR. MAHURIN) THAT IT WAS SENT TO YOU BY WABASH VALLEY COR. FACILITY, CARLISLE, IN: 47838. AND YOU SUPREME COURT, COURT OF APPEALS AND CLERK RE CIEVED IT AND RESPONDED ON (1·28·2004)

13

(EXHIBIT A) pages - 2)

(2.)

I PLAINTIFF MATTHEW DOMINGUEZ # 900376 TOOK MY PLEA AG REEMENT ON (6. 5. 2001) AND RECIEVED (3. YEARS, 18. MON NTHS SUSPENDED. EXECUTE 18. MONTHS) WHICH TRANSLATES INTO (9. MONTHS) REAL TIME (EXHIBIT A) pages (4) WITH (39 6. DAYS) JAIL TIME CREDIT AMASSED THAT I PLAINTIFF DID NOT RECIEVE, WHICH TRANSLATES INTO (13. MONTHS AND 1. DAY) 4. MONTHS AND 1. DAY TOO MUCH! AND THE DEFENDANTS HON. JUDGE THOMAS E. JOHNSON AND CLERK SHELLY HIATT DARRIS BOTH OF SULLIVAN CO. SUPERIOR COURT, SULLIVAN, IN: 47882. KNO W THIS AND DO NOT WANT TO GIVE IT TO ME.

SO MY NOTICE OF APPEAL IS STILL NOT FILED WITH THE DEFEND ANTS AND THE SUPREME COURT, COURT OF APPEALS AND CLER K! MY APPELLANT CASE SUMMARY IS STILL UNFILED WITH TH E SUPREME COURT, COURT OF APPEALS AND CLERK AND I PLAIN TIFF AM STILL DEPRIVED OF MY (396. DAYS) JAIL TIME CREDIT BY THE DEFENDANTS AND I PLAINTIFF WILL HAVE TO STAY (39 6. DAYS) PAST MY MINIMUM PROJECTED RELEASE DATE FRO M INCARCERATION!

14

(5)

RELIEF PLAINTIFF REQUESTS

(A.)

JURY TRIAL DEMAND

(B.)

DECLATORY JUDGEMENT

(C.)

COMPENSATORY DAMAGES IN THE AMOUNT OF FROM EACH DEFENDANT ($ 300,000)

(D.)

PUNITIVE DAMAGES IN THE AMOUNT OF FROM EACH DEFENDANT ($ 300,000)

(E.)

PRELIMINARY AND PERMANENT INJUNCTION (ORDERING) DEFENDANTS TO FILE MY PLAINTIFFS NOTICE OF APPEAL AND OR THE RETURN OF MY (396. DAYS) JAILTIME CREDIT OWED TO ME BY THEM

(F.)

(pro se) ATTORNEY FEES IN THE AMOUNT OF ($ 5,000)

(G.)

DEFENDANTS TO PAY ALL FILING FEES AND COURT COSTS

(H.)

AND ANYTHING ELSE DEEMED JUST AND PROPER WITHIN THE HON. JUDGE AND COURTS PREMISES. THANK YOU!

(7.)

AFIRMATION AND DECLARATION

I PLAINTIFF MATTHEW DOMINGUEZ # 900376 OF WVCF, SHU, P.O. BOX 1111, CARLISLE, IN: 47838. AFIRMS AND DECLARES THAT HE IS THE PLAINTIFF IN THIS CIVIL ACTION AND

THAT THE INFO. CONTAINED HEREIN IS TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE UNDER PENALTY OF PERJURY (FED. CODE: 18 USC 1621) AND (28 USC 1746)

PLAINTIFF ( [signature] )

CERTIFICATE OF SERVICE

PLAIN. RESPECT. SUB. THIS (42 USC 1983 & 1988) CIVIL COMPLAINT TO PARTIES LIST. THROUGH US. MAIL THIS DAY OF ( 2 . 27 . 2004)

PLAINTIFF ( [signature] )

COPY TO: HON. JUDGE & CLERK
PLAINTIFF
DEFENDANTS